### WILLIAMS COMPANY *v.* BUNN *et al.*

LEWIS, J.    Substantial relief being prayed against the defendant residing in
Ware county as well as against those residing in Chatham county, the action
was maintainable in Ware county.    The petition set up a good cause of ac-
tion, and the demurrer thereto was properly overruled.

*Judgment affirmed.    All the Justices concurring.*

Submitted January 11, — Decided February 6, 1902.

Equitable petition.  Before Judge Bennet.  Ware superior court.
February 8, 1901.

*L. A. Wilson* and *S. W. Hitch*, for plaintiff in error.
*Toomer & Reynolds*, contra.